# COMPOSITE EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Alex Cassis,<br>    Debtor .<br><br>U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H<br><br>    Movant.<br><br>v.<br><br>Alex Cassis ,<br> Debtor/Respondent,<br><br>Louise Marie Wagnac,<br>    Co-Debtor/Respondent,<br><br>Kenneth E. West, Esquire,<br>    Trustee/Respondent | **Bankruptcy No. 20-14301-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: August 27, 2024**<br>**Hearing Time: 11:00 A.M.**<br>**Location:Courtroom 4, United States Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, PA 19107** |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

Secured creditor, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, and Alex Cassis, "Debtor(s)" by and through their respective attorneys, hereby stipulate as follows:

### I.    BACKGROUND:

1. On April 19, 2007, Louise Marie Wagnac executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $106,000.00.

2. The Mortgage was recorded on April 26, 2007 with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the property located in Philadelphia County commonly known as 5001 Hawthorne St, Philadelphia, Pennsylvania (the "Property").

4. The Note and Mortgage were lastly assigned to U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H.

5. Debtor(s) has defaulted under the terms of the Note and Mortgage by failing to make the monthly post-petition payments of principal, interest and escrow. As of July 29, 2024 the post-petition arrearage owed to Movant is $1,512.35 and consists of 3 monthly mortgage payments at $675.30 less a suspense balance of $513.55.

6. Thus, Debtor(s)'s post-petition arrearage currently totals the sum of $1,512.35.

7. Debtor(s) further acknowledges that additional payments of principal, interest and escrow currently in the amount of $675.30 per month shall become due under the Note and Mortgage on the 1st of each successive month, beginning August 1, 2024 until the Note is paid in full. Debtor(s) acknowledges that the monthly payment is subject to change and is responsible for same.

8. U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, and Debtor(s) desire to resolve Debtor(s)'s post-petition arrearage in accordance with the set forth terms below:

II. **STIPULATION FOR RELIEF FROM STAY**

9. Debtor(s) confirms and acknowledges his obligations to U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-

8H, ASSET BACKED NOTES, SERIES 2007-8H, under the Note and Mortgage.

10. Debtor(s) further confirms and acknowledges his failure to make the post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth above in paragraphs 5 and 6.

11. Debtor(s) further confirms and acknowledges his obligations to make the regular post-petition payments of principal and interest going forward from August 1, 2024 as set forth above in paragraph 7.

12. Debtor(s) will be required to cure the remaining arrearage of $1,512.35 by making payments to Movant in the amount of $378.07 for the next 3 consecutive months, as well as a 4th and final payment in the amount of $378.14 to be tendered on or before the 15th day of each month beginning September 15, 2024. Payments should be made to:

**Nationstar Mortgage LLC**
**ATTN: Bankruptcy Dept**
**PO Box 619094**
**Dallas, TX 75261-9741**

13. In the event that Debtor(s) converts to a Chapter 7 during the pendency of this Bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor(s) fail to cure the arrearage, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, will send Debtor(s)'s counsel a written notification of default of this Stipulation. If the default is not cured within fifteen (15) days of the notice, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-

8H, may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor(s) should default on his obligations under this Stipulation by failing to comply with the provisions as set forth above in paragraph 11 and/or tender in full any of the payments described in paragraph 12, on or before the dates on which they are due, then U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, its successors and/or assigns shall serve Debtor(s)' Attorney by fax, e-mail and/or regular mail, with written notification of default. In the event that Debtor(s) fails to cure the default within fifteen (15) days of the date of the written notification, then, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, or its assignee or successors may exercise its rights against the Mortgaged Property under the terms of this Stipulation without further notice to Debtor(s) or the Order of this Court. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

15. Additionally, Debtor(s) agrees that he is not permitted more than two (2) defaults from the date of

this Stipulation. Debtor(s) agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without any further notice, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, its successors and/or assigns may exercise its rights against the Mortgaged Property under the terms of this Stipulation.

16. Neither U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H's consent to this Stipulation nor U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H's acceptance of any payments tendered by Debtor(s) shall be construed as a waiver of U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H's right to proceed with or commence a foreclosure other legal action against Debtor(s) under this Stipulation; however, U.S. Bank National Association, as Indenture Trustee, successor in

interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, agrees to credit Debtor(s)' account for any payments made by Debtor(s) in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

18. Debtor(s) hereby certifies and confirms that he has reviewed the terms of the Stipulation with his Counsel that Debtor(s) understands and is in agreement with the terms of this Stipulation, and that counsel has been authorized by Debtor(s) to sign this Stipulation on his behalf.

19. In the event the instant bankruptcy proceeding is converted to a Chapter 7, dismissed, or discharged, the order shall be terminated and have no further force or effect.

IT IS HEREBY STIPULATED:

By: /s/ Michelle L. McGowan    Date: 8/27/2024
Michelle L McGowan, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

/s/ Brad J. Sadek                    with express permission
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com

NO OPPOSITION:

/s/   Jack Miller_____ *with express permission* I have no objection to its terms, without prejudice to
KENNETH E. WEST                                            any of our rights and remedies.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Alex Cassis**<br>　　　Debtor<br><br>**U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H**<br>　　　Movant<br>v.<br>**Alex Cassis**<br>　Debtor/Respondent<br>**Louise Marie Wagnac**<br>　　Co-Debtor/Respondent<br>**Kenneth E. West, Esquire**<br>　　Trustee/Respondent | **Bankruptcy No. 20-14301-amc**<br><br>**Chapter 13**<br><br>Hearing Date: July 30, 2024<br>Hearing Time: 11:00 A.M.<br>Location: Courtroom 4, United States Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, PA 19107 |

## ORDER OF COURT

AND NOW, this 29th day of August, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
U.S. Bankruptcy Judge Chan

# EXHIBIT "B"



| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

August 27, 2025

Alex Cassis
5001 Hawthorne Street
Philadelphia, PA 19124

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

VIA EMAIL AND U.S. MAIL

RE: Notice of Default for Alex Cassis; Case No: 20-14301-amc

Dear Sir/Madam,

I represent U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H the servicer for mortgage on your client's property located at 5001 Hawthorne Street Philadelphia, PA 19124. Please consider this letter a Notice of Default under the terms of the Stipulation Resolving Motion for Relief from Stay (DE 66) ("Stipulation").

According to our client's records, the Debtor has not made the following mortgage payment pursuant to the Stipulation. In accordance with the Stipulation, U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, hereby provides notice demanding the default be cured within 15 days of the date of this notice.

The breakdown of the Debtor's default is as follows:

Payments Due:

| | |
|---|---|
| Payments Past Due – 07/01/2025 – 08/01/2025 @ $733.20/ month | $1,466.40 |
| Suspense Balance | ($567.51) |
| **Total Amount Due to Cure Default:** | **$898.89** |

The address where payments should be sent is:

**Nationstar Mortgage LLC**
**ATTN: Bankruptcy Dept**
**PO Box 619094**
**Dallas, TX 75261-9741**

Pursuant to the Stipulation, failure to cure this default within 15 days from the date of this notice will result in U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee, for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well. Should you have any further questions, please feel free to contact me.

Sincerely,

/s/ Michelle L. McGowan
Michelle L. McGowan